# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# ROCK HILL DIVISION

| | |
|---|---|
| Michelle Jenkins, on behalf of herself and others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>Pandora Marketing, LLC d/b/a "Timeshare Compliance" and Jared's Leads, Inc.<br><br>    Defendants. | No. 0:20-cv-02337-MGL<br><br>**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Michelle Jenkins and Defendants Pandora Marketing, LLC d/b/a "Timeshare Compliance" and Jared's Leads, Inc. stipulate to the dismissal <u>with prejudice</u> of all claims brought by Plaintiff. The parties shall bear their own costs and attorneys' fees. Counsel for all parties that have appeared as counsel of record in this action have signed and agree to this stipulation. Counsel for Defendant, Jared's Leads, Inc., who has not appeared of record in this action, also agrees to this stipulation.

[This Space Is Left Intentionally Blank]

Respectfully submitted this the 15th day of April, 2021.

s/ David A. Maxfield
David A. Maxfield (SC Federal No. 6293)
DAVE MAXFIELD, ATTORNEY, LLC
P.O. Box 11865
Columbia, SC 29211
(803) 509-6800
dave@consumerlawsc.com

Anthony I. Paronich *(Admitted Pro Hac Vice)*
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
(617) 485-0018
anthony@paronichlaw.com

Karl S. Gwaltney *(Admitted Pro Hac Vice)*
MAGINNIS HOWARD
4801 Glenwood Avenue, Suite 310
Raleigh, NC 28211
(919) 960-1545
kgwaltney@maginnishoward.com

*Counsel for Plaintiff*


s/James M. Deadman, IV
James M. Dedman, IV (SC Federal No. 9939)
GALLIVAN, WHITE,& BOYD, P.A.
6805 Morrison Boulevard, Suite 200
Charlotte, NC 28211
(704) 552-1712
jdedman@gwblawfirm.com

*Counsel for Pandora Marketing, LLC*
*d/b/a Timeshare Compliance*